Suzanne J. Romajas
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549-5971
Email: RomajasS@sec.gov

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>vs.<br><br>JOHNNY R. THOMAS,<br>ROBERT C. POTTS,<br>JONATHAN BRETT WOODARD, and<br>JOHN C. FRANCIS,<br><br>      Defendants. | Case No. 2:19-cv-1132-JCM-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING DEADLINES ON DEFENDANTS' MOTION TO COMPEL (DKT. NO. 45)**<br><br>**[First Request]** |

Pursuant to Local Rules IA 6-1, Plaintiff Securities and Exchange Commission ("SEC") and Defendants Johnny R. Thomas ("Thomas") and John C. Francis ("Francis) stipulate and agree as follows:

1.   On August 25, 2020, Defendants Thomas and Francis filed a motion to compel the production of (i) notes of witness interviews conducted during the SEC's investigation and (ii) internal communications of the SEC's Division of Corporation Finance concerning Blue Earth, Inc. (Dkt. No. 45) ("Motion to Compel").

2.   Pursuant to Local Rule 7-2(b), the current deadline for the SEC to respond to the Motion to Compel is Tuesday, September 8, 2020, the day after Labor Day, and the current deadline for Defendants Thomas and Francis to file a reply is Tuesday, September 15, 2020.

3. The SEC and Defendants Francis and Thomas have agreed to and seek the Court's approval of a briefing schedule that would give each party an additional three days, beyond the timeframes allotted by Local Rule 7-2(b), to file their opposition and reply papers.

4. The agreed extensions would impact the filing dates as follows:

    a. The SEC shall file its papers in opposition to the Motion to Compel on or before Friday, September 11, 2020 (extending the SEC's response time from 14 days to 17 days); and

    b. Defendants Thomas and Francis shall file their reply papers in further support of the Motion to Compel on or before Monday, September 21, 2020 (extending Defendant Thomas and Francis' response time from seven days to 10 days).

5. This is the parties' first request for an extension of the Motion to Compel briefing deadlines. This extension of time would allow SEC to avoid scheduling difficulties that otherwise would be created by virtue of having the SEC's papers due the day after Labor Day weekend and would provide a similar 3-day extension of time to Defendants Thomas and Francis.

6. Counsel for the SEC and Defendants Thomas and Francis have conferred and agree that the requested extensions are an appropriate and efficient means of resolving the parties' scheduling concerns. The request is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED:**

Respectfully submitted,

Dated: September 2, 2020

    /s/Suzanne J. Romajas
Suzanne J. Romajas
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549-5971
RomajasS@sec.gov

*Attorney for Plaintiff*

|   |   |
|---|---|
| Dated: September 2, 2020 | /s/Adam C. Trigg |
| | Randall R. Lee |
| | Jessica Valenzuela Santamaria |
| | Amy M. Smith |
| | Cooley LLP |
| | 1333 2nd Street, Ste. 400 |
| | Santa Monica, CA 90401 |
| | Randall.Lee@cooley.com |
| | *-and-* |
| | Adam C. Trigg |
| | Bergeson LLP |
| | 111 N. Market Street, Ste. 600 |
| | San Jose, CA 95113 |
| | ATrigg@be-law.com |
| | *Attorneys for Defendants Thomas and Francis* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE        DATED: September 2, 2020

- 3 -