Suzanne J. Romajas
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC  20549-5971
Email: RomajasS@sec.gov

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNNY R. THOMAS,<br>ROBERT C. POTTS,<br>JONATHAN BRETT WOODARD, and<br>JOHN C. FRANCIS,<br><br>Defendants. | Case No. 2:19-cv-1132-JCM-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO COMPEL (DKT. NO. 45) AND TO APPEAR BY VIDEO OR TELEPHONICALLY AT RESCHEDULED HEARING**<br><br>**[First Request]** |

Pursuant to Local Rules IA 6-1, Plaintiff Securities and Exchange Commission ("SEC") and Defendants Johnny R. Thomas ("Thomas") and John C. Francis ("Francis) stipulate and agree as follows:

1. The Court has scheduled a hearing on Defendant Thomas' and Francis' motion to compel (Dkt. Nos. 45, 49, and 50) to take place, in person, on Friday, October 30, 2020, at 10:00 a.m. in LV Courtroom 3A.

2. Counsel for Defendants Thomas and Francis is out of the office this week and therefore has a conflict with the current scheduled date and time for the hearing.

3. The parties hereby stipulate and agree that a continuance of the hearing is appropriate in light of counsel's scheduling conflict on October 30, 2020, and propose a one-to-three week continuance of the hearing date.

4. Counsel for Defendants Thomas and Francis have conflicts on November 2, 3, 4, 5, 10, 17, and 18, 2020. Counsel for the SEC has a conflict on November 13, 2020. Collectively, counsel for

Defendants Thomas and Francis and the SEC can be available for a hearing on November 6, 9, 11, 12, 16, or 20, 2020, should the Court agree to a continuance.

5. Counsel for Defendants Thomas and Francis and the SEC also stipulate and agree to hold the hearing via remote electronic means, such as by Zoom or telephone, due to travel concerns related to the current health crisis.

**IT IS SO STIPULATED:**

Dated: October 28, 2020

Respectfully submitted,

/s/Suzanne J. Romajas
Suzanne J. Romajas
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549-5971
RomajasS@sec.gov

*Attorney for Plaintiff*

Dated: October 28, 2020

/s/Jessica Valenzuela Santamaria
Randall R. Lee
Jessica Valenzuela Santamaria
Amy M. Smith
Cooley LLP
1333 2nd Street, Ste. 400
Santa Monica, CA 90401
Randall.Lee@cooley.com

-and-

Adam C. Trigg
Bergeson LLP
111 N. Market Street, Ste. 600
San Jose, CA 95113
ATrigg@be-law.com

*Attorneys for Defendants Thomas and Francis*

**IT IS SO ORDERED; MINUTE ORDER TO FOLLOW.**

_____
UNITED STATES MAGISTRATE JUDGE        DATED: _____Oct. 28, 2020_____

2