**COOLEY LLP**
JESSICA VALENZUELA SANTAMARIA
(Admitted *pro hac vice*)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
Email: jvs@cooley.com

RANDALL R. LEE
(Admitted *pro hac vice*)
JASMIN F. MOTLAGH
(Admitted *pro hac vice*)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500
Email: randall.lee@cooley.com

**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER, Nevada Bar No. 7332
Email: mfeder@dickinson-wright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Telephone: (702) 550-4400
Facsimile: (844) 670-6009

*Attorneys for Defendants Johnny R. Thomas and John C. Francis*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> JOHNNY R. THOMAS, <br> ROBERT C. POTTS, <br> JONATHAN BRETT WOODARD, and <br> JOHN C. FRANCIS, <br><br> Defendants. | Case No. 2:19-cv-1132-JCM-EJY <br><br> **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S OBJECTIONS TO MAGISTRATE'S ORDER** <br><br> **[First Request]** |

1

Pursuant to Local Rule IA 6-1, Plaintiff Securities and Exchange Commission ("SEC") and Defendants Johnny R. Thomas ("Thomas") and John C. Francis ("Francis) (collectively, "Defendants") stipulate and agree as follows:

1. On November 20, 2020, the Court granted in part and denied in part Defendants' Motion to Compel Production of Documents. (Dkt No. 59.) Plaintiff was ordered to submit to the Court for in-camera review the interview notes that were discussed in open court during the November 20, 2020 hearing on Defendants' Motion to Compel.

2. On December 7, 2020, the Court issued an order directing Plaintiff to, among other things, review the Court's proposed redactions to the interview notes. (Dkt. No. 64.) The order further provided that the SEC may file a motion seeking changes to the Court's proposed redactions and that such motion shall be filed no later than thirty (30) court days following the date of the Court's order.

3. On December 21, 2020, Plaintiff filed Objections to Magistrate's Order Compelling Disclosure of "Facts" in Attorney Interview Notes ("Objections"). (Dkt. No 65.) Pursuant to local rules, Defendants' response to Plaintiff's Objections are due by January 4, 2021.

4. Counsel for Defendants will be unavailable for several days due to the upcoming holidays and requested an extension from counsel for Plaintiff to file Defendants' response to Plaintiff's Objections.

5. The parties hereby stipulate and agree that an extension of the time for Defendants to file a response is appropriate in light of the upcoming holidays and that Defendants' deadline to file a response to Plaintiff's Objections be extended from January 4, 2021 to January 13, 2021. The parties further stipulate and agree that Plaintiff's deadline to file a reply brief in support of its Objections will be January 20, 2021.

6. The parties further hereby stipulate and agree that all deadlines established by the Court's December 7, 2020 order (Dkt. No. 64) shall be held in abeyance pending a ruling by this Court on Plaintiff's Objections. Further, if appropriate based on a ruling by this Court on Plaintiff's Objections, the Court will establish new deadlines for any remaining tasks that must be completed with respect to the interview notes (i.e., redactions, privilege logs, and motions relating to same).

**IT IS SO STIPULATED:**

Dated:  December 23, 2020

Respectfully submitted,

 /s/ Randall R. Lee
Randall R. Lee
Jessica Valenzuela Santamaria
Jasmin F. Motlagh
Cooley LLP
1333 2nd Street, Ste. 400
Santa Monica, CA 90401
Randall.Lee@cooley.com

-and-

Adam C. Trigg
Bergeson LLP
111 N. Market Street, Ste. 600
San Jose, CA 95113
ATrigg@be-law.com

*Attorneys for Defendants Thomas and Francis*

Dated:  December 23, 2020

 /s/ Suzanne J. Romajas
Suzanne J. Romajas
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549-5971
RomajasS@sec.gov

*Attorney for Plaintiff*

**IT IS SO ORDERED:**

Date: December 28, 2020

UNITED STATES MAGISTRATE JUDGE

3