Suzanne J. Romajas
Devon Leppink Staren
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549-5971
Email: RomajasS@sec.gov
StarenD@sec.gov

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

JOHNNY R. THOMAS,
ROBERT C. POTTS,
JONATHAN BRETT WOODARD, and
JOHN C. FRANCIS,

Defendants.

Case No. 2:19-cv-1132-JCM-EJY

**STIPULATION AND ~~[PROPOSED]~~ ORDER ESTABLISHING NEW DEADLINES FOR COMPLIANCE WITH MAGISTRATE'S ORDER (DKT. 64)**

Plaintiff Securities and Exchange Commission ("SEC") and Defendants Johnny R. Thomas ("Thomas") and John C. Francis ("Francis") (collectively, "Defendants"), hereby stipulate and agree as follows:

1. On December 7, 2020, Magistrate Judge Youchah entered an order compelling the SEC to disclose the "fact" portions of certain SEC investigative attorney interview notes, following an in camera review of those notes. The Court proposed redactions to the notes and ordered the SEC either to move to make changes to the Court's proposed redactions or to serve Defendants with the Court's redactions and a privilege log within 30 court days. The Court also set a schedule for Defendants to challenge the redactions. (Dkt. No 64.)

2. On December 21, 2020, ten court days after entry of the December 7 Order, the SEC filed Objections to December 7 Order ("Objections"). (Dkt. No. 65.)

3. On December 28, 2020, the Court entered a stipulated order holding in abeyance all the deadlines established by the December 7 Order pending a ruling on the SEC's Objections by Judge Mahan. (Dkt. No. 67.)

4. On February 5, 2021, Judge Mahan issued an order overruling the SEC's Objections. (Dkt. No. 75.)

5. The SEC and Defendants have discussed new deadlines for compliance with the December 7 Order and hereby stipulate and agree to the following schedule, which retains the original timelines, but is adjusted to run from February 5, 2021:

6. If the SEC accepts the Court's proposed redactions:

a. The SEC shall produce to Defendants the redacted notes, together with a privilege log, on or before March 8, 2021, which is twenty (20) court days after entry of Judge Mahan's February 5 ruling.

b. Defendants will have thirty (30) court days from receipt of the SEC's redacted notes and privilege log, to file a motion challenging the redactions.

c. The SEC shall have fourteen (14) days from the date of service of any challenge filed by Defendants, to file an opposition.

d. The Defendants shall have seven (7) days from the date of service of the SEC's opposition, to file a reply.

7. If the SEC seeks changes to the Court's proposed redactions:

a. The SEC shall file a motion under seal on or before March 8, 2021 that shall clearly identify all requested changes and the basis for the same, a redacted copy of which shall be served on Defendants, along with a privilege log.

b. The Defendants shall have fourteen (14) days from the date of service of the SEC's motion, to file an opposition.

c. The SEC shall have seven (7) days from the date of service of Defendant's opposition, to file a reply.

**IT IS SO STIPULATED:**

Dated: February 19, 2021

Respectfully submitted,

__*/s/ Devon Leppink Staren*_____
Suzanne J. Romajas
Devon Leppink Staren
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549-5971
RomajasS@sec.gov
StarenD@sec.gov

*Attorneys for Plaintiff*

_*/s/ Jasmin Motlagh*________________
Randall R. Lee
Jessica Valenzuela Santamaria
Jasmin Motlagh
Cooley LLP
1333 2nd Street, Ste. 400
Santa Monica, CA 90401
Randall.Lee@cooley.com

*-and-*

Adam C. Trigg
Bergeson LLP
111 N. Market Street, Ste. 600
San Jose, CA 95113
ATrigg@be-law.com

*Attorneys for Defendants Thomas and Francis*

**IT IS SO ORDERED:**

______________________________
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: Feb. 22, 2021